NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dale K. Galipo (SBN 144074)
Hang D. Le (SBN 293450)
**Law Offices of Dale K. Galipo**
21800 Burbank Blvd., #310
Woodland Hills, CA 91367
Ph: (818) 347-3333
Fx: (818) 347-4118

ATTORNEY(S) FOR: Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

EMILY P. OGO, individually and as successor in interest to CHRISTOPHER TERRENCE OGO

Plaintiff(s),

vs.

CITY OF LEMOORE; DUSTIN MOSES; and DOES 1-10, inclusive,

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Emily P. Ogo or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Emily P. Ogo | Plaintiff |
| City of Lemoore | Defendant |
| Dustin Moses | Defendant |

9/4/2026
Date

*/s/ Dale K. Galipo*
Signature

Attorney of record for (or name of party appearing in prop per):

Plaintiff